UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRANDON I. HEIN,<br><br>　　　　　　Defendant. | 9:23-PO-05116-KLD<br>Ticket Number: F5265020<br>Location Code: M10<br>Disposition Code: TE<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　The Defendant, Brandon I. Hein, was present in court was found guilty following a bench trial to the charge of: OPERATING A MV IN VIOLATION OF THE LOLO N.F. MOTOR VEHICLE USE MAP.

　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　1.  Defendant must pay a fine in the amount of $100.00 plus $40.00 in fees for OPERATING A MV IN VIOLATION OF THE LOLO N.F. MOTOR VEHICLE USE MAP for a total of $140.00.  Defendant must pay by check or money order payable to U.S. COURTS CVB and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov .

　　　Pursuant to 18 U.S.C. 3402 & 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of

conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by mail), and filing a copy with Magistrate Kathleen L. DeSoto. If you appeal, you will be required to pay a $39 fee pursuant to 28 U.S.C. 1914, Fee Schedule, subsection (10), at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the Aoriginal papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court. Fed. R. Crim. P. 58(g)(2)(C).

Date of Imposition of Judgment: January 26, 2024.

1/26/2024
_____
Date Signed

*(signature)*
_____
KATHLEEN L. DESOTO
United States Magistrate Judge